IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT 26 2007

United States of America

**Plaintiff,**

v.

Patriot Mining Company

**Defendant.**

CIVIL NO: 1:07cv144

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of <u>Daniel S. Smith</u>, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: October 26, 2007

Irene M. Keeley
United States District Judge